This document was signed electronically on October 24, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: October 24, 2019



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:

STEVEN G. JAKUBECZ
MICHELE L. JAKUBECZ
Debtor(s)

CASE NO: 19-51162
CHAPTER 7

JUDGE: ALAN M. KOSCHIK

**ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE (4227 Western Reserve Drive Brunswick, OH 44212 - Parcel # 003-18D-08-231)**

This matter came upon the Motion of the Debtors, Steven and Michele Jakubecz, to avoid and cancel the Judicial Lien held by Capital One Bank (USA) NA on real property used as the Debtors residence pursuant to 11 U.S.C. Sec. 522(f). Capital One Bank (USA) NA was properly served; however, said creditor did not file a response to the Debtors' motion nor did they request a hearing.

The Court therefore orders that the judicial lien filed for record as follows shall be released:

Capital One Bank (USA) NA JL-74-267, recorded on February 29, 2012 in the amount of $3,075.54 (plus interest and costs), resulting from a judgment in case number 11CIV0658 in the Medina County Common Pleas Court.

Therefore, it is hereby ORDERED and DECREED that the Judicial Lien held by Capital One Bank (USA) NA, in and on Debtors' residential real estate located at 4227 Western Reserve Drive Brunswick, OH 44212 - Parcel # 003-18D-08-231 of record as Judgment Lien # JL-74-267 in Medina County Ohio, Court of Common Pleas be and hereby is cancelled.

IT IS FURTHER ORDERED that this order is not effective in the absence of the granting of the Chapter 7 discharge. The County or State official may require copies of the discharge to be certified. Recordation of this Order along with the discharge order shall act as release of the lien.

**IT IS SO ORDERED.**

###

Submitted by:

/s/ Vance P. Truman
VANCE P. TRUMAN (#0061526)
Attorney for Debtor(s)
689 Lafayette Road
Medina, Ohio 44256
(330) 722-8877 Fax: (330) 722-3410
E-Mail: medinaatty@vancetruman.com


**PARTIES TO BE SERVED:**

U.S. Trustee
** Electronic Notification **

Kathryn A. Belfance, Trustee
**electronic notification**

**Regular U.S. Mail to the following:**

Steven & Michele Jakubecz
4227 Western Reserve Drive
Brunswick, OH 44212
Debtor(s)

Capital One Financial Corporation
1680 Capital One Drive
McLean, VA, 22102-3491
Attn: Officer or Counsel